**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 99-7664**

―――――――――――

BERNARD BYRD,

                                    Petitioner - Appellant,

       versus

MICHAEL MOORE, Director of SCDC; CHARLES M.
CONDON, South Carolina Attorney General,

                                    Respondents - Appellees.

―――――――――――

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Cameron McGowan Currie, District
Judge.  (CA-98-3288-6)

―――――――――――

Submitted:  April 20, 2000              Decided:  May 1, 2000

―――――――――――

Before WILKINS, WILLIAMS, and TRAXLER, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Bernard Byrd, Appellant Pro Se.  Charles Molony Condon, Attorney
General, Donald John Zelenka, Chief Deputy Attorney General, John
William McIntosh, Assistant Attorney General, Columbia, South Caro-
lina, for Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bernard Byrd appeals the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999) and denying reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Byrd v. Moore, No. CA-98-3288-6 (D.S.C. Aug. 19 and Nov. 10, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED